```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 33593
    CHRISTOPHER E JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6360

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/09/2008 and was not confirmed.

    The case was dismissed without confirmation 03/11/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
EMC MORTGAGE               MORTGAGE NOTI  NOT FILED            .00            .00
EMC MORTGAGE CORPORATION   CURRENT MORTG        .00            .00            .00
EMC MORTGAGE CORPORATION   SECURED NOT I   56972.85            .00            .00
OLIPHANT FINANCIAL CORP    UNSECURED         296.59            .00            .00
AMERICAN EXPRESS           UNSECURED        4589.03            .00            .00
PRO SE DEBTOR              DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        -----------          -----------
TOTALS                        .00                    .00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
      Dated: 03/26/09        _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE